IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| SAUL HOLDINGS LIMITED PARTNERSHIP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>SERACARE LIFE SCIENCES, INC., )<br>)<br>Defendant. ) | Civil Action No. _____ |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, SeraCare Life Sciences, Inc., by and through its attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 to remove the above-entitled action to this Court. Defendant, preserving all defenses available or potentially available to it, hereby states as follows:

1. On or about March 21, 2014, an action (the "Complaint") was commenced in the Circuit Court for Montgomery County, Maryland, captioned <u>Saul Holdings Limited Partnership v. SeraCare Life Sciences, Inc.</u>, Case No. 388659.

2. The Complaint and an accompanying Summons were served upon the Defendant on April 4, 2014. (Copies of the Complaint and all other process, pleadings, and orders received by the Defendant are annexed hereto as **Exhibit A**.)

3. Removal of this action to this Court is timely pursuant to 28 U.S.C. §1446(b) as fewer than thirty (30) days have elapsed since the service upon the Defendant of the Complaint.

4.      Removal of this action to this Court is proper under 28 U.S.C. § 1441 because this Court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1) inasmuch as (1) the suit is between citizens of different States; and (2) the amount in controversy exceeds the amount or value of $75,000, exclusive of interest and costs.

5.      Complete diversity of the parties existed at the time that this action was commenced by Plaintiff Saul Holdings Limited Partnership in the aforementioned Circuit Court.

6.      Upon information and belief, Plaintiff, a limited partnership, is and was at the time of the commencement of this action a citizen of the States of Maryland and New York and the Commonwealth of Virginia.  Upon information and belief, Plaintiff's general partner is Saul Holdings, Inc., which is and was at the time of the commencement of this action a citizen of the State of Maryland insofar as it is incorporated in, and has its principal place of business located in, the State of Maryland.  Upon information and belief, Plaintiff's limited partners are:

- B.F. Saul Real Estate Investment Trust, which, upon and information and belief, is and was at the time of the commencement of this action a citizen of the State of Maryland and the Commonwealth of Virginia insofar as trustees B. Francis Saul II, B. Francis Saul III, George M. Rogers, and John R. Whitmore are and were at the time of the commencement of this action citizens of the State of Maryland; and insofar as trustee Gilbert M. Grosvenor is and was at the time of the commencement of this action a citizen of the Commonwealth of Virginia;

- Westminster Investing Corporation, which, upon information and belief, is and was at the time of the commencement of this action a citizen of the States of New York and Maryland insofar as it is incorporated in the State of New York and has its principal place of business located in the State of Maryland;

- Van Ness Square Corporation, which, upon information and belief, is and was at the time of the commencement of this action a citizen of the State of Maryland insofar as it is incorporated in, and has its principal place of business located in, the State of Maryland;

- Dearborn, LLC, which, upon information and belief, is and was at the time of the commencement of this action, a citizen of the State of Maryland and the Commonwealth of Virginia insofar as its sole member is the above-described B.F. Saul Real Estate Investment Trust;

- B.F. Saul Property Company, which, upon information and belief, is and was at the time of the commencement of this action a citizen of the State of Maryland insofar as it is incorporated in, and has its principal place of business located in, the State of Maryland; and

- Avenel Executive Park Phase II, L.L.C., which, upon information and belief, is and was at the time of the commencement of this action, a citizen of the State of Maryland and the Commonwealth of Virginia insofar as its sole member is the above-described B.F. Saul Real Estate Investment Trust.

7. The Complaint does not allege that Defendant is a citizen of the States of Maryland or New York or the Commonwealth of Virginia. It is not.

8. Defendant is and was at the time of the commencement of this action a citizen of the State of Delaware and the Commonwealth of Massachusetts insofar as it is incorporated in the State of Delaware and has its principal place of business located in the Commonwealth of Massachusetts.

9. The United States District Court for the District of Maryland is a proper venue inasmuch as the action being removed was filed in the Montgomery County Circuit Court in the State of Maryland.

10. In accordance with 28 U.S.C. §1446(d), written notice of the filing of this Notice of Removal will be given to the Plaintiff and filed with the Clerk of the aforementioned Circuit Court.

11. Pursuant to Local Rule 5(a) of the Local Rules for the District of Maryland, the Defendant will furnish to this Court within thirty (30) days of the filing of this Notice of Removal, true and legible copies of all other documents on file in the state court, together with a certification from counsel that all filings in the state court action have been filed this Court.

Date:   April 30, 2014.

Respectfully Submitted,

SeraCare Life Sciences, Inc.,

By its attorneys,

_____
Samantha M. Williams (Fed. Bar ID No. 14786)
smwilliams@venable.com

_____
Kristin M. Koger (Fed. Bar ID No. 15041)
kmkoger@venable.com
Venable LLP
One Church Street, Suite 500
Rockville, Maryland  20850
Tel:
(301) 217-5600
Fax:  (301) 217-5617


Of Counsel:
Andrew Z. Schwartz
azs@foleyhoag.com
Mark D. Finsterwald
mfinsterwald@foleyhoag.com
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1000
Fax: (617) 832-7000

- 5 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of April 2014 a copy of the foregoing was served via U.S. Mail, postage prepaid upon:

    Helen M. "Lynn" Primo
    1200 Prince Street
    Alexandria, VA 22314

                                                  _/s/ Kristin M. Koger_
                                                  Kristin M. Koger