IN THE CIRCUIT COURT
FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| **SAUL HOLDINGS LIMITED PARTNERSHIP**<br>7501 Wisconsin Avenue, Suite 1500E.<br>Bethesda, Maryland 20814<br><br>  Plaintiff,<br><br>v.<br><br>**SERACARE LIFE SCIENCES, INC.**<br>217 Perry Parkway, Suite 1<br>Gaithersburg, Maryland 20878<br><br>**SERVE: The Corporation Trust, Inc.**<br>   351 West Camden St.<br>   Baltimore, VA 21201<br><br>  Defendant. | RECEIVED<br>MAR 2 1 2014<br>Clerk of the Circuit Court<br>Montgomery County, Md.<br><br>Case No. 388659V |

## COMPLAINT FOR DECLARATORY RELIEF

COMES NOW the Plaintiff, Saul Holdings Limited Partnership, by counsel, and for its cause of action states as follows:

### THE PARTIES

1. Saul Holdings Limited Partnership (Saul) is a Maryland Limited Partnership with its principal place of business at 7501 Wisconsin Avenue, Suite 1500 East, Bethesda, Maryland 20814. It is engaged in the business of leasing commercial properties.

2. SeraCare Life Sciences, Inc. (SeraCare) is a Delaware corporation conducting business and leasing property from Saul in Maryland.

## JURISDICTION

3. This Court has jurisdiction over the subject matter pursuant to Md. Code Ann., Cts. and Jud. Proc. §§1-501, 6-102, 6-103 and 6-201.

## STATEMENT OF FACTS

4. Saul, as successor-in-interest to B.F. Saul Real Estate Investment Trust, and BBI-Biotech Research laboratories, Inc., entered into a Lease (the "Lease") for Saul's property located at 217 Perry Parkway, Suite 1, Gaithersburg, MD 20878 (the "Leased Premises") on May 16, 1997.

5. The Lease was amended on October 14, 1997, October 15, 1997, December 9, 1997, June 18, 1998, June 1, 1999 and June 14, 2007 (the "Amendments").

6. The Lease was assigned to SeraCare Life Sciences, Inc. on or about September 14, 2004 (the "Assignment")

7. A true copy of the Lease, Amendments and Assignment are attached hereto and incorporated herein collectively as Exhibit 1.

8. The Lease was to naturally expire on October 31, 2017.

9. Section 3 of the Third Amendment of the Lease provides SeraCare with an option to terminate the Lease on October 31, 2014 if certain conditions are met.

10. SeraCare notified Saul on February 25, 2014 of its intention to terminate the Lease prior to October 31, 2017 (the 'Notice"). A true copy of SeraCare's Notice is attached hereto and incorporated herein as Exhibit 2.

11. Pursuant to Section 3 of the Third Amendment, SeraCare was required to notify Saul of its intention to terminate the Lease on or before February 3, 2014.

12. Since SeraCare missed the deadline for terminating the Lease, Section 3 became void and of no further force and effect on February 4, 2014.

13. Saul asserts that SeraCare has no right to an early termination of the Lease.

## COUNT 1

14. Saul hereby realleges and incorporates by reference paragraphs 1 through 13 of this Complaint.

15. Saul avers that SeraCare did not terminate the Lease pursuant to Section 3 of the Third Amendment of the Lease.

16. An actual controversy therefore exists between Saul and SeraCare as to whether SeraCare terminated the Lease.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Court:

A. Enter a judgment declaring that SeraCare Life Sciences, Inc. did not terminate the Lease with Saul and is therefore obligated under the terms of the Lease until October 31, 2017.

B. Award Saul its costs, including attorney fees; and

C. Grant such other relief that may be just and equitable.

Respectfully submitted,

Helen M. "Lynn" Primo
1200 Prince Street
Alexandria, Virginia 22314
Telephone: (703) 549-1900
Facsimile: (703) 684-8900
Email: hmprimo@verizon.net
*Counsel for Plaintiff*