RECEIVED MAR 21 2014 Clerk of the Circuit Court Montgomery County, Md.

IN THE CIRCUIT COURT
FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| SAUL HOLDINGS LIMITED PARTNERSHIP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SERACARE LIFE SCIENCES, INC. )<br>)<br>Defendant. ) | Case No. 388659V |

## ATTORNEY CERTIFICATION OF ADMISSION

Pursuant to Maryland Rule 1-313, Helen M. "Lynn" Primo, Esq. hereby certifies that she is a member of the Maryland Bar, in good standing, and is authorized to practice law in the State of Maryland.

Dated: 3/19/14

Respectfully submitted,

Helen M. "Lynn" Primo, # 10202
The Law Office of H.M. Primo
1200 Prince Street
Alexandria, Virginia 22314
Telephone: (703) 549-1900
Facsimile: (703) 684-8900
hmprimo@verizon.net
*Counsel for Plaintiff*